**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0974

Christopher Conroy

- - Versus - -

Suzico, L.L.C., Madeline Ahlgren Melanson and Jared
Blackburn

19th Judicial District Court
Case #: 702091
East Baton Rouge Parish

On Application for Rehearing filed on 03/10/2023 by Madeline Ahlgren Melanson

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Allison H. Penzato

_____
Walter I. Lanier III

Date **MAR 1 4 2023**

_____
Rodd Naquin, Clerk